IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LESTER J. SALAZAR,

        Plaintiff,

v.                                CIV 14-0515 CLH/KBM

MICHAEL FLAVIN, BCSO;
C McCUTCHEON, BCSO;
and J DYKES, BCSO,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    Chief Magistrate Judge Karen Molzen filed her Proposed Findings and Recommended Disposition on July 10, 2015, *(Doc. 81)*. The proposed findings notify the parties that objections were due on July 27, 2015, and that the failure to file objections waives appellate review. No objections have been filed by either party.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 81)* is ADOPTED;

2. Defendants' Motion to Dismiss and for Sanctions for Discovery Abuse *(Doc. 74)* is GRANTED;

3. Plaintiff's claims are DISMISSED WITH PREJUDICE.

                                                        SENIOR UNITED STATES DISTRICT JUDGE